**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:23-cv-60021-RAR

HOWARD MICHAEL CAPLAN,

     Plaintiff,

     vs.

HOWARD S. KHANI, D.O., P.A., a Florida
Profit Corporation and SCARLET
BEGONIA LEASING, INC., a Florida Profit
Corporation,

     Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, HOWARD S. KHANI, D.O.,

P.A. and SCARLET BEGONIA LEASING, INC. (hereafter, "the Parties"), by and through their

undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own

attorneys' fees, costs and expenses other than those specified in a Confidential Settlement

Agreement and agree not to file any additional motions in this matter. All Parties consent to the

form and content of this Stipulation and Order.

Respectfully submitted,

| | |
|---|---|
| By: *Ronald E. Stern* | By: *Alan D. Danz* |
| Ronald E. Stern, Esq. | Alan D. Danz, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 948934 |
| THE ADVOCACY LAW FIRM, P.A. | DANZ LAW, PLLC |
| 1835 E Hallandale Beach Blvd., # 757 | 15951 S.W. 41st Street, Suite 800 |
| Hallandale, Florida 33009 | Davie, FL 33331 |
| Telephone: (954) 639-7016 | Telephone: (954) 530-9245 |
| Facsimile: (954) 639-7198 | Facsimile: (954) 616-5738 |
| Email: ronsternlaw@gmail.com | Email: danz@danzlaw.net |
| Attorneys for Plaintiff | Attorney for Defendants |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.0:23-cv-60021-RAR

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

HOWARD S. KHANI, D.O., P.A., a Florida Profit Corporation and SCARLET BEGONIA LEASING, INC., a Florida Profit Corporation

       Defendant(s).

_____/

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 22, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *<u>Ronald E. Stern</u>*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN