UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60021-RAR

**HOWARD MICHAEL CAPLAN**,

    Plaintiff,

v.

**HOWARD S. KHANI, D.O., P.A.**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), [ECF No. 19], filed on February 22, 2023.  The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs, expenses, and attorneys' fees, except as otherwise provided in the parties' Confidential Settlement Agreement.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**